# Third District Court of Appeal
## State of Florida

Opinion filed June 9, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-43
Lower Tribunal Nos. 19-169 AP, 15-4337 CC

_____

**Jose Miguel Bravo, et al.,**
Appellants,

vs.

**Julio Rodriguez,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Law Offices of Aubrey Webb, P.A., and Aubrey Webb, for appellants.

Egozi & Bennett, P.A., and Yanina Zilberman; Legal Services of Greater Miami, Inc., and Jeffrey M. Hearne, for appellee.

Before EMAS, C.J., and LOGUE and SCALES, JJ.

PER CURIAM.

Affirmed.